IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN ALBRIGHT, *et al.*,  )
        Plaintiffs,  )
      )
vs.  )   Civil Case No. 3:21-112
      )
CONCURRENT TECHNOLOGIES CORP., *et al.*,  )
        Defendants.  )

HEARING ON: Initial Rule 16 Case Management Telephone Conference

Before Judge: Stephanie L. Haines

| | |
|---|---|
| Gwendolyn R. Acker Wood, Esq. | Jaime S. Tuite, Esq. |
| | Nicholas J. Bell, Esq. |
| Appear for Plaintiff | Appear for Defendants |
| Hearing began: 11/16/22 @ 11:00 a.m. | Hearing concluded: 11:30 a.m. |
| Law Clerk: Gary Robinson | Stenographer: Shirley Hall |

Court convened for telephone initial case management conference. Counsel entered appearances. Counsel for both parties summarized their positions on the case. Court directed parties to file an amended ADR Stipulation by November 23, 2022, with a date certain for mediation. The deadlines in the proposed initial scheduling order are acceptable to the Court, and Court will enter proposed order with a revision of the expert discovery deadline to June 30, 2022. A post-discovery status conference will be set in late-April/early May 2023. The parties indicated that there currently are no ESI issues. The Court advised the parties to meet and confer on any discovery disputes that may arise and, if issue cannot be resolved informally, to contact chambers for a phone conference prior to filing any discovery-related motions. Appropriate orders to follow. Conference adjourned.